Mailing Matrix

Page 3 of 3

IRS

PO Box 145566

Cincinnati, OH 45250

Illinois Department of Revenue

PO Box 19010

Springfield, IL 62794

Arnold Scott Harris, P.C.

600 W. Jackson Blvd., Suite 720

Chicago, IL 60661